# NO. 12-13-00019-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GERALD D. WALLACE AND WIFE,* *LINDA WALLACE,* *APPELLANTS* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *LON SCHINDLER AND WIFE,* *MARILYN SCHINDLER, AND DON* *PINSON AND WIFE, JAMIE PINSON,* *APPELLEES* | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants have filed a motion to dismiss this appeal. In their motion, Appellants state that they have resolved this dispute and no longer wish to pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is *granted*, and the appeal is *dismissed*.

Opinion delivered April 17, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 17, 2013**

**NO. 12-13-00019-CV**

**GERALD D. WALLACE AND WIFE, LINDA WALLACE**,
Appellants
V.
**LON SCHINDLER AND WIFE, MARILYN SCHINDLER,
AND DON PINSON AND WIFE, JAMIE PINSON,**
Appellees

Appeal from the 294th Judicial District Court
of Van Zandt County, Texas. (Tr.Ct.No. 10-00634)

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*